UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**************************************

2010-1 SFG Venture LLC                                   1:10-cv-0550-LM
             Plaintiff

v.

Kevin G. Attar
David J. Johnston
             Defendants
**************************************

## NOTICE OF DISMISSAL
## PURSUANT TO F.R.Civ.P 41(a)(1)(A)(ii)

*NOW COMES* 2010-1 SFG Venture LLC by its attorneys, Ford & Weaver, P.A. and dismisses this action pursuant to F.R.Civ. P 41(a)(1)(A)(ii) and in support thereof says as follows:

1. No opposing party has served either an answer or a motion for summary judgment.

2. No federal or state court action based on or including the same claim has been dismissed by the Plaintiff.

3. Pursuant to F.R.Civ. P 41(a)(1)(A)(ii) Plaintiff is entitled to dismiss this action without a court order.

*WHEREFORE*, Plaintiff respectfully requests that this Honorable Court order and decree as follows:

A. That the Complaint is dismissed without prejudice; and,

B. Grant such other relief as is just and equitable.

                                                          Respectfully submitted,

                                                          2010-1 SFG Venture LLC
                                                          By its attorneys,

1

                                                       Ford & Weaver, P.A.

Date:   December 28, 2010          By:   /s/ *Edmond J. Ford*
                                                       Edmond J. Ford, Esq. (0835)
                                                       10 Pleasant Street, Suite 400
                                                       Portsmouth, NH  03801
                                                       (603) 433-2002 (telephone)
                                                       (603) 433-2122 (facsimile)
                                                       eford@fordandweaver.com

## CERTIFICATE OF SERVICE

     I hereby certify that on December 28, 2010 a copy of the foregoing has been forwarded electronically and/or via United States Mail, postage prepaid, to the following parties:

Mark Sutherland Derby, Esq.
David W. Rayment, Esq.
Cleveland Waters & Bass, PA
PO Box 1137
 Concord, NH  03302-1137

David J. Johnston
5909 Flotilla Drive
Holmes Beach, FL   34213

                                                       /s/ *Edmond J. Ford*
                                                      Edmond J. Ford, Esq.

              f:\wpdata\ed\2984-001\pleadings\+++usdistrict court\motion to dismiss.docx